```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE EIB, ) | |
| ) Plaintiff, ) | CIVIL NO.  05-00147 CRB |
| ) v. ) | STIPULATION AND ORDER OF REMAND |
| ) JO ANNE B. BARNHART, ) Commissioner of Social Security, ) ) Defendant. ) _____) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.  The Commissioner has agreed to remand this case with instructions to the Appeals Council to issue a fully favorable

///
///
///
///
///
///
///
///

1  decision.

5  Dated: June 27, 2005

/s/
MATTHEW L. HOWARD
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

12  Dated: June 29, 2005    By:    /s/
ALEX TSE, for SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner to issue a fully favorable decision.

Dated:  June 29, 2005

APPROVED
Judge Charles R. Breyer

_____
CHARLES R. BREYER
United States District Judge