IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE EIB, | No. C 05-00147 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant. | |

The Court AWARDS plaintiff costs and fees pursuant to the EAJA in the total amount of $8,883.31, which includes a $100 an hour fee enhancement (for 33.1 hours), totaling $3,310.

Dated: October 7, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE